AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) SHABAZ, JOHN C | 2. Court or Organization U.S. District Court, W.D. Wis. | 3. Date of Report 05/01/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 01/01/2006 to 12/31/2006 |
|---|---|---|
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address U.S. COURTHOUSE P.O. BOX 591 MADISON, WI 53701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | For benefit of others VII: entries 7, 11, 12, 15, 16 |
| 2. Co-Trustee | Trust VII, entry 1, Attachment 1 |
| 3. Co-Trustee | Irrevocable Trust VII, entry 10, Attachment 3 |
| 4. Co-Trustee | Qualified personal residence trust |
| 5. Co-Trustee | Qualified personal residence trust |
| 6. Member | Eastside Lutheran Church, Madison WI, treasurer, serving on coordinating counsel. Having no responsibility for fund raising or investments |
| 7. Member | Cherokee Association, Madison WI, a residential association, member. |
| 8. Member | Cherokee CC, Madison, WI athletic social club, member |
| 9. Member | Lakeside Lutheran School, Lake Mills, WI, Board of Regents. Having no responsibility for fund raising or investments. |

FINANCIAL DISCLOSURE OFFICE
RECEIVED 2007 MAY -1 A 10: 23

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Stipulation dated 1/3/1985 in which Wisconsin Retirement System benefits have been irrevocably assigned to another. (VII-4) (alimony) |

2. _____ _____

3. _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust (Part 1, Item 4) | E | Interest | N | T | Attachment 1 | | | | |
| 2. Government Life Ins. (VA) | A | Interest | J | T | | | | | |
| 3. Federated Utility Fund, Inc. IRA | B | Dividend | K | T | | 12/31 | J | | Required IRA Distr for 06 |
| 4. Wisconsin Retirement System | D | Pension | K | T | | | | | (Part II, 1) |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Wisconsin ST GO SER D 1990 BDS, Higher Education Service | A | Interest | K | T | | | | | |
| 7. Bank Mutual Corp | A | Dividend | J | T | | | | | (Part 1, 1) |
| 8. Robert W. Baird & Co. TT FBO Aggregate Pension PFT | F | Interest | O | T | Attachment 2 | 12/31 | J | | Required 401K Distr for 06 |
| 9. Spectrum Signal | A | Dividend | | T | sell | 10/24 | J | E | |
| 10. Irrevocable Trust | E | Interest | N | T | Attachment 3 | | | | (Part 1, 2) |
| 11. JDS Trust | A | Interest | J | T | Attachment 4 | | | | (Part 1, 1) |
| 12. EDS Trust | A | Interest | J | T | Attachment 5 | | | | (Part 1, 1) |
| 13. Pepsico | B | Dividend | K | T | | | | | |
| 14. Great Midwest Bank, Brookfield, WI | A | Interest | J | T | open | 01/06 | | | checking account |
| 15. JDS Trust | A | Interest | J | T | Attachment 6 | | | | (Part 1, 1) |
| 16. EDS Trust | A | Interest | J | T | Attachment 7 | | | | (Part 1, 1) |
| 17. Bank One n/k/a Chase Bank, Madison, WI | A | Interest | J | T | | | | | checking account |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  M&I Bank, Madison, WI | A | Interest | J | T | | | | | savings account |
| 19.  Associated Bank, Madison, WI | A | Interest | J | T | | | | | checking account |
| 20.  Goldman Sachs (See Attachment 4) | | | | | | | | | |
| 21.  Morgan Stanley (See Attachment 4) | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Northwestern Mutual Life Insurance policies.

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  May 1, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ATTACHMENT 1 (PART VII, ITEM 1)
TRUST ████████

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Government Securities/Cash/ Money Market | B | K |
| Citigroup Capital VIII | C | L |
| CORTS TR II Bell South 7% | D | L |

The following transactions took place during the year 2006:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Sold/ Redeemed: | | | |
| | 01/06/06 | Exchange Natl Bk CD 0.000 01/06/06 Chicago IL | K |
| | 06/30/06 | Citigroup Capital VIII (Partial Redemption) | K |
| | 06/30/06 | Firserv Inc. | K |
| | 06/30/06 | Saturns Goldman Sachs | J |
| | 11/09/06 | Abbey National PLC 7.25% - 7.375% | L |

| | DATE | SECURITY | INCOME | AMOUNT |
|---|---|---|---|---|
| Bought: | | | | |
| | 10/18/06 | Royal Bank of Scotland | D | L |
| | 12/06/06 | ING Groep N V | C | L |

SHABAZ, JOHN C
Date of Report: 5/01/2007

ATTACHMENT 2 (PART VII, ITEM 8)

Robert W. Baird Self-Directed Pension/Profit Plan and Trust
Robert W. Baird & Co., Inc., Trustee, FBO John C. Shabaz
Keogh Profit Sharing, P.O. Box 672, Milwaukee, Wisconsin, 53201

    The undersigned, pursuant to appropriate resolution, has previously designated Robert W. Baird & Co., Inc. as trustee of his retirement plan; that all assets of the plan should be invested through an account with Robert W. Baird & Co., Inc. and said company is authorized and directed to perform any and all acts determined in its discretion to be necessary or appropriate to accomplish the intent of the foregoing resolution.

    Holdings in said plan as of December 31, 2006 are as follows:

| SECURITY | INCOME | MARKET VALUE |
|---|---|---|
| Lasalle Natl Bank Zero CPN CD 10/31/08 | C | L |
| Green Tree Finl Corp. Due 02/01/30 | C | K |
| M&I Bank | A | J |
| Morgan Stanley Capital | B | K |
| Corp Backed Trust CTS Goldman Sachs | NA | K |

Common Stock as follows:

| | | |
|---|---|---|
| General Electric Co. | A | K |
| Johnson & Johnson | A | K |
| Kohl's Corp. | NA | L |
| Oracle Corp. | A | J |
| Amgen | NA | K |
| Citigroup Preferred | D | M |
| Bell South Cap. | B | K |
| Merrill Lynch PFD CAP TR | C | K |
| Bank of America Corp | A | K |
| Saturns Goldman Sachs | B | K |
| Cash/Money Market | A | J |

ATTACHMENT 2 (PART VII, ITEM 8)
Page 2

The following transactions took place during the year 2006:

|  | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Sold/ Redeemed: | | | |
| | 02/07/06 | Exchange Natl Bk CD 0.000  01/06/06 Chicago IL | J |
| | 02/07/06 | Exchange Natl Bk CD 0.000  02/07/06 Chicago IL | L |
| | 10/16/06 | Abbey National PLC 7.25% | M |

| Bought: | DATE | SECURITY | INCOME | AMOUNT |
|---|---|---|---|---|
| | 02/07/06 | Corp Backed TR CTFS Republic New York Corp | C | L |
| | 10/18/06 | Citigroup Capital | D | M |

ATTACHMENT 3 (PART VII, ITEM 10)
Irrevocable Trust

|  | INCOME | VALUE |
|---|---|---|
| Money Mkt & Cash Account, M&I Bank | A | J |
| GNMA Pool #█████ 8.75% 5/15/11 | A | J |
| GNMA Pool #█████ 9.25% 8/15/02 | A | J |
| Maricopa County AZ Revenue Bond | NA | K |
| IL DEV FIN ATH RV PRVENA HLTH SR A RFDG MBIA B/E due 05/15/23 | B | K |
| WISCONSIN ST HLTH & EDL FACS AUTH RV AMBAC UTD due 12/15/27 | C | L |
| Merrill Lynch PFD CAP 7.28% | B | K |
| Saturns Goldman Sachs | A | K |
| Corp Backed Trust CTFS Goldman Sachs | B | K |
| Morgan Stanley Capital | B | K |

Common Stock as follows:

|  | INCOME | VALUE |
|---|---|---|
| Midwest Express Holdings | A | J |

The following transactions took place during the year 2006:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Sold: | | | |
| | 04/13/06 | Prairie du Chien Wis Redev Auth Redev Lease | K |
| | 05/25/06 | Agilent | J |
| | 11/09/06 | Harley Davidson, Inc. | L |

ATTACHMENT 3 (PART VII, ITEM 10)
Page 2

|  | DATE | SECURITY | INCOME | AMOUNT |
|---|---|---|---|---|
| Bought: | | | | |
| | 11/09/06 | Royal Bank of Scotland | D | M |
| | 12/06/06 | ING Groep N V | B | K |

ATTACHMENT 4 (PART VII, ITEM 11)
JOHN D. SHABAZ TRUST
JOHN C. SHABAZ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Money Market/ Cash | B | J |
| Morgan Stanley CAP TR II PFD 7.25% | A | J |
| Saturns Goldmans Sachs | A | J |
| Morgan Stanley Capital Trust IV PFD 6.25% | A | K |
| Corp Backed Trust CTFS Goldman Sachs | A | J |
| Merrill Lynch | A | J |

The following transactions took place during the year 2006:

| DATE | SECURITY | AMOUNT |
|---|---|---|
| **Called & Redeemed:** | | |
| 11/09/06 | Abbey National PLC 7.25% - 7.375% | J |
| **Bought:** | | |
| 06/22/06 | Abbey National PLC 7.25% - 7.375% | J |

ATTACHMENT 5 (PART VII, ITEM 12)
████████████ TRUST
JOHN C. SHABAZ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Money Market/ Cash | A | J |
| Saturns Goldmans Sachs | A | J |
| Morgan Stanley Capital Trust IV PFD 6.25% | B | K |
| Merrill Lynch | A | K |

ATTACHMENT 6 (PART VII, ITEM 15)
JOHN D. SHABAZ TRUST
▇▇▇▇▇▇▇▇▇▇▇▇▇ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Money Market/ Cash | A | J |
| Citigroup Capital TR II PFD 7.25% | A | J |
| Saturns Goldmans Sachs | A | J |
| Saturns BellSouth | A | J |

The following transactions took place during the year 2006:

| DATE | SECURITY | | AMOUNT |
|---|---|---|---|
| Called & Redeemed: | | | |
| 11/09/06 | Abbey National PLC 7.25% - 7.375% | | J |

| Bought: | | INCOME | AMOUNT |
|---|---|---|---|
| 06/22/06 | Abbey National PLC 7.25% - 7.375% | A | J |
| 11/09/06 | Royal Bank of Scotland | B | K |
| 12/06/06 | ING Groep N V | A | J |

ATTACHMENT 7 (PART VII, ITEM 16)
EMILY D. SHABAZ TRUST
█████████████████████████CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|----------|--------|-------------------------|
| General Money Market/ Cash | A | J |
| Citigroup Capital TR II PFD 7.25% | A | J |
| Saturns Goldmans Sachs | A | J |
| Saturns BellSouth | A | J |

The following transactions took place during the year 2006:

| | DATE | SECURITY | | AMOUNT |
|--|------|----------|--|--------|
| Sold: | | | | |
| | 11/09/06 | Abbey National PLC 7.25% - 7.375% | | K |

| | DATE | SECURITY | INCOME | AMOUNT |
|--|------|----------|--------|--------|
| Bought: | | | | |
| | 11/09/06 | Royal Bank of Scotland | A | J |
| | 12/06/06 | ING Groep N V | B | K |